[882 NE2d 394, 852 NYS2d 825]

In the Matter of DENNIS LABOMBARD.

Decided February 7, 2008

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Dennis LaBombard is suspended, with pay, effective immediately, from the office of Justice of the Ellenburg Town

Court, Clinton County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.